UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY (CAMDEN)

| | |
|---|---|
| In re: ) | Chapter 13 |
| ) | |
| STEVE WASZEN, ) | Case No. 15-11470-ABA |
| ) | |
| Debtor. ) | |
| ) | |
| ) | |

### NOTICE OF APPEARANCE AND
### DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that pursuant to Bankruptcy Rules 2002, 9007, and 9010(b), Richard W. Barry, Liquidating Trustee (the "Trustee") for the Liquidating Trust appointed pursuant to that certain Amended Chapter 11 Plan of Liquidation of Liberty State Benefits of Delaware, Inc. Liberty State Benefits of Pennsylvania, Inc. Liberty State Financial Holdings Corp., and Liberty State Credit, Inc., by and through his counsel, Schiff Hardin LLP, hereby respectfully submits this Notice of Appearance and Demand for Service of Papers in the above-captioned case and requests that all notices and all papers served or required to be served in this case by the Court, the above-referenced Debtor, and/or any other parties-in-interest, be given to and served upon the following:

Louis T. DeLucia, Esq.
SCHIFF HARDIN LLP
666 Fifth Avenue, 17th Floor
New York, New York 10103
Telephone: (212) 753-5000
Facsimile: (212) 753-5044
Email: ldelucia@schiffhardin.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes, without limitation, notices and papers referred to in Bankruptcy Rule 2002 and also includes, without limitation, any plans of reorganization and disclosure statements and objections thereto,

notices, orders, pleadings, motions, applications, complaints, schedules of assets and liabilities, operating reports, answering or reply papers, memoranda and briefs in support of any of the foregoing, pleadings, hearing dates, requests, demand, replies and any other documents brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, whether transmitted or conveyed by mail, courier service, delivery service, telephone, telegraph, or otherwise.

This appearance and request for notice is without prejudice to the rights, remedies and claims of Trustee against other entities or any objection by Trustee that may be made to the subject matter jurisdiction of the Court or the propriety of venue herein and shall not be deemed or construed to submit Trustee to the jurisdiction of the Court. All rights, remedies and claims are hereby expressly reserved, including without limitation, the making of a motion seeking abstention, withdrawal, dismissal or transfer of the case or a proceeding therein.

Dated: New York, New York
February 19, 2015

SCHIFF HARDIN LLP
*Attorneys for Richard W. Barry, Liquidating Trustee*

By: _/s/Louis T. DeLucia_
Louis T. DeLucia, Esq.

SCHIFF HARDIN LLP
900 Third Avenue
New York, New York 10022
Telephone: (212) 753-5000
Facsimile: (212) 753-5044
Email: ldelucia@schiffhardin.com

To:    *Parties on the Attached Service List*